STATE of Missouri, Respondent,

v.

Simmon P. JOHNSON, Appellant.

No. WD 37010.

Missouri Court of Appeals, Western District.

Oct. 14, 1986.

James L. McMullin, Kansas City, for appellant.

William L. Webster, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and DIXON and LOWENSTEIN, JJ.

### ORDER

PER CURIAM:

Appeal from a jury conviction of robbery in the first degree and a sentence of imprisonment for a term of ten years.

Judgment affirmed. Rule 30.25(b).